## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE LOIS BLOOM          DATE: 10/9/2024

DOCKET NUMBER  2 4 c r 0 0 409 (NCM)          LOG #: 2:37 – 3:28

DEFENDANT'S NAME: Elaine Antao
  _X_ Present  ___ Not Present  _X_ Custody  ___ Bail

DEFENSE COUNSEL: Shulamis Peltz
  ___ Federal Defender  ___ CJA  ___ appointed by the Court  _X_ Retained

A.U.S.A: Patrick Campbell          CLERK: SM Yuen

Probation:                                          (Language)

_X_ Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

_X_ Rule 5f Order read into the record.

_X_ Bail application Hearing held.  _X_ Defendant's first appearance.

  _X_ Bond set at $500,000  Defendant _X_ released ___ held pending satisfaction of bond conditions.
  _X_ Defendant advised of bond conditions set by the Court and signed the bond.
  _1_ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted
  ___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_ Order of Excludable Delay/Speedy Trial entered.  Start 10/9/24  Stop 10/31/24

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

_X_ Status conference set for 10/31/24 @ 2:30 PM before Judge Merle

Other Rulings: